**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*2:46 pm, Nov 15, 2017*
**JEFFREY P. COLWELL, CLERK**

ROBERT C. TROYER
Acting United States Attorney
KATHLEEN M. BARRY
BENJAMIN J. WEIR
Trial Attorneys
Tax Division
United States Department of Justice
1225 17th Street, Suite 700
Denver, Colorado 80202

## UNITED STATES DISTRICT COURT DISTRICT OF COLORADO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL INFORMATION |
| PLAINTIFF, | ) | |
| | ) | CR I:17-cr- 00432 -PAB |
| VS. | ) | |
| | ) | |
| MICHELLE MEDINA, | ) | |
| DEFENDANT. | ) | 26 U.S.C. § 7201 |
| | ) | |

The United States Attorney charges that:

**COUNT ONE**
**Evasion of Assessment of Tax**
**26 U.S.C. § 7201**

At all times relevant to this Information:

1.  Defendant MICHELLE MEDINA (hereinafter "MEDINA") was a United States citizen and a resident of the District of Colorado.

2.  RHHS, Inc., was a business that provided home healthcare services within the District of Colorado. RHHS, Inc. also did business under the names: Reliable Home Health Services, Reliable Home Health Services, Inc., and Reliable Personal Care, Inc. These business names are collectively referred to herein as "RHHS, Inc." RHHS, Inc. operated from at least April 6, 2005 through December 31, 2013.

3.     MEDINA's mother owned RHHS, Inc. until her death on April 28, 2007. After the death of Medina's mother, MEDINA became the sole shareholder of RHHS, Inc.

4.     MEDINA issued, or caused to be issued, checks from RHHS, Inc.'s bank accounts to pay for MEDINA's personal expenses for the purpose of concealing MEDINA's income from the IRS.

5.     MEDINA withdrew, or caused to be withdrawn, cash from RHHS, Inc.'s bank accounts to be used to pay MEDINA's personal expenses for the purpose of concealing MEDINA'S income from the IRS.

6.     On or about March 22, 2012, MEDINA provided her Form W-2 from RHHS, Inc. to her tax return preparer for use in the preparation of her 2008 individual income tax return. The 2008 Form W-2 reported wages that MEDINA had been paid by RHHS, Inc. during 2008, but did not include the RHHS, Inc. funds that MEDINA had used to pay her personal expenses during 2008, and MEDINA failed to inform her tax return preparer that she used these additional RHHS, Inc. funds to pay her personal expenses. As a result, MEDINA's return preparer failed to include the RHHS, Inc. funds used to pay MEDINA's personal expenses as income on her 2008 federal income tax return, resulting in the substantial understatement of MEDINA's tax due and owing on that return.

7.     On or about March 22, 2012, MEDINA willfully attempted to evade a substantial amount of her tax due and owing for the year 2008 by preparing and causing to be prepared, and signing and causing to be signed, and filing and causing to be filed a United States Individual Income Tax Return, Form 1040, for tax year 2008, on

which she reported a tax due of $7,965.00, well knowing that her 2008 tax

liability was substantially more than that amount.

All in violation of Title 26, United States Code, Section 7201.


DATED this *15th* day of November, 2017.


ROBERT C. TROYER
Acting United States Attorney

By:

KATHLEEN M. BARRY
BENJAMIN J. WEIR
Trial Attorneys
U.S. Dept. of Justice, Tax Division
P.O. Box 972
Tel: (202) 305-3197/ (202) 307-0855
Fax: (202) 514-9623
Kathleen.M.Barry@usdoj.gov
Benjamin.J.Weir@usdoj.gov