DEFENDANT:  Michelle Medina

YEAR OF BIRTH:   1966

ADDRESS:   23332 Weld County Road 4 Hudson, CO 80642 (not certain if current)

COMPLAINT FILED?   _____ YES   __X__ NO

   IF YES, PROVIDE MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ YES   __X__ NO

OFFENSES: 26 U.S.C. Sec. 7201 (Evasion of Assessment of Tax)(1 count)

LOCATION OF OFFENSE
(County and State): Arapahoe, Colorado

PENALTY:   maximum 5 years, $250,000 fine/ $100 special assessment

AGENT/DEPUTY:  Special Agent Mike Garvey, Internal Revenue Service Criminal Investigation

AUTHORIZED BY:  Kathleen M. Barry and Benjamin J. Weir, Trial Attorneys, Tax Division, United States Department of Justice

ESTIMATED TIME OF TRIAL:

__X__ five days or less

_____ over five days

_____ other

THE GOVERNMENT

_____ Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

__X__ Will not seek detention.

The statutory presumption of detention [is **/ is not**] applicable to this defendant.

OCDETF case:   _____ Yes   __X___ No