AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:17-cr-00432-PAB |
| Michelle Medina | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____11/15/2017_____

_____
Defendant's signature

_____
Signature of defendant's attorney

Amanda B. Cruser
_____
Printed name of defendant's attorney

_____
Judge's signature

Michael E. Hegarty, Magistrate Judge
_____
Judge's printed name and title