**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 17-cr-432-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHELLE MEDINA,

    Defendant.

---

### NOTICE OF DISPOSITION

---

    Notice is hereby given that a disposition has been reached in the above-captioned case. The parties request permission to contact chambers to jointly schedule a change of plea hearing.

    Respectfully submitted,

    <u>s/ Amanda B. Cruser</u>
    ***Amanda B. Cruser***
    Boog & Cruser, P.C.
    3333 S. Wadsworth Blvd., Suite D-201
    Lakewood, CO 80227
    Telephone: (303) 986-5769
    E-mail: abcruser@vfblaw.com
    Attorney for Defendant Michelle Medina

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2017, I filed the foregoing

**NOTICE OF DISPOSITION**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kathleen M. Barry
Trial Attorney, United States Department of Justice
E-mail: Kathleen.M.Barry@usdoj.gov
Benjamin J. Weir
Trial Attorney, United States Department of Justice
E-mail: Benjamin.J.Weir@usdoj.gov.

s/ Amanda B. Cruser
*Amanda B. Cruser*
Boog & Cruser, P.C.
3333 S. Wadsworth Blvd., Suite D-201
Lakewood, CO 80227
Telephone: (303) 986-5769
E-mail: abcruser@vfblaw.com
Attorney for Defendant Michelle Medina