IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00432-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHELLE MEDINA

    Defendant.

---

DEFENDANT MICHELLE MEDINA'S FIRST UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

---

    Defendant Michelle Medina, through undersigned counsel, Amanda B. Cruser, requests a continuance of the sentencing hearing for at least thirty days and states:

    1.    Defendant Michelle Medina waived indictment on this case on November 15, 2017.

    2.    A change of plea hearing took place on December 12, 2017.

    3.    Defendant Medina is currently scheduled for sentencing on Tuesday, March 13, 2018.

    4.    Undersigned counsel has conferred with USDOJ Attorney Kathleen Barry and she has no objection to a continuance of the sentencing hearing.

    5.    Undersigned counsel met with the IRS and the Prosecution regarding the tax loss computations on Monday, February 12, 2018.  Scheduling has been difficult in light of the fact that the Prosecutor's main office is located in Washington D.C.  Undersigned counsel requested a number of documents from the Prosecution and due to mailing complications; those documents

1

did not arrive until the late afternoon of Tuesday, February 20, 2018.

     5.     Undersigned counsel does not have sufficient time to go through the voluminous records and prepare a sentencing statement by Tuesday, February 27, 2018.

     6.     An additional thirty days will provide counsel time to reach an agreement regarding the tax loss in this case.

For the foregoing reasons, undersigned counsel respectfully requests this court to grant Defendant Medina's request for a 30 day continuance of the sentencing date and vacate the presently set sentencing date of March 13, 2018.  In addition, Defendant requests that the due date for the sentencing statement now due February 27, 2018, be re-established to a date conforming to the fourteen (14) day rule contained within the Court's practice standards and the Local Rules.

Respectfully submitted February 22, 2018.

                                                            s/Amanda B. Cruser
                                                          *Amanda B. Cruser*
                                                          Boog & Cruser, P.C.
                                                          3333 S. Wadsworth Blvd., D-201
                                                          Lakewood, CO 80227
                                                          Phone:  (303) 986-5769
                                                          Fax:  (303) 985-3297
                                                          abcruser@vfblaw.com
                                                          Attorney for Defendant Medina

CERTIFICATE OF SERVICE

      I hereby certify that on February 22, 2018, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following email addresses:

Kathleen M. Barry, USDOJ, Tax Division
Kathleen.M.Barry@usdoj.gov

      s/Amanda B. Cruser_____
*Amanda B. Cruser*
Boog & Cruser, P.C.
3333 S. Wadsworth Blvd., D-201
Lakewood, CO 80227
Phone:  (303) 986-5769
Fax:  (303) 985-3297
abcruser@vfblaw.com
Attorney for Defendant Medina

3