IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:17-cr-00432-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      MICHELLE MEDINA,

      Defendant.

---

## GOVERNMENT'S MOTION FOR DECREASE IN OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY

---

Pursuant to United States Sentencing Guidelines § 3E1.1(b), the United States of America, by Richard E. Zuckerman, Principal Deputy Assistant Attorney General, Tax Division, United States Department of Justice, and through Kathleen M. Barry, Trial Attorney, Tax Division, United States Department of Justice, respectfully moves for a decrease of one offense level in the defendant's case herein. The government and the defendant entered into a plea agreement in this case [Doc. 15]. The plea agreement calls for a two-point reduction for acceptance of responsibility under U.S.S.G. § 3E1.1(a). The plea agreement also calls for a further one-point reduction for early notification of intent to plead guilty under U.S.S.G. § 3E1.1(b) upon motion of the government. The government believes that the defendant qualifies for a decrease under U.S.S.G. § 3E1.1(b) as the defendant timely notified the government of her intent to enter a plea of guilty thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources

1

differently. The government therefore moves that the Court decrease the offense level by one (1)

additional level.

       Respectfully submitted this 5th day of June, 2018.


                RICHARD E. ZUCKERMAN
                Principal Deputy Attorney General
                Tax Division
                United States Department of Justice

                By: /s/ *Kathleen M. Barry*
                Trial Attorney
                Tax Division
                United States Department of Justice
                601 D Street N.W., Room 7334
                Washington, D.C. 20044
                Telephone: (202) 514-5762
                Fax: (202) 514-9623
                e-mail: Kathleen.M.Barry@usdoj.gov
                Attorney for the Government

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 5th DAY OF June, 2018, I electronically filed the foregoing GOVERNMENT'S MOTION FOR DECREASE IN OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY using the CM/ECF system which will send notification of such filing to the following e-mail address:

Amanda B. Cruser, Esq.
e-mail: abcruser@vfblaw.com
Attorney for Michelle Medina.


/s/ *Kathleen M. Barry*
Trial Attorney, Tax Division
United States Department of Justice

3