IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 17-cr-00432-PAB | Date:   June 14, 2018 |
| Courtroom Deputy:   Sabrina Grimm | Court Reporter:   Janet Coppock |
| Probation Officer:   Paige Meador | |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kathleen Berry |
|     Plaintiff, | |
| v. | |
| MICHELLE MEDINA, | Amanda Cruser |
|     Defendant. | |

## COURTROOM MINUTES

**SENTENCING**

**10:02 a.m.     Court in session.**

Court calls case.  Appearances of counsel.

Also present and seated at plaintiff's counsel table, IRS Agent Mike Garby.

Defendant present on bond.

Discussion regarding objections to the presentence report, pending motions, and sentencing recommendation.

Statement by Ms. Medina.

Statement by the court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:**   Defendant shall be imprisoned for 24 months.  Upon release from imprisonment, defendant shall be placed on supervised release for a term of 3 years.

**ORDERED:**   Mandatory/Standard/Special Conditions of Supervised Release, as stated on record.

**ORDERED:**   Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately.  No fine is imposed.

**ORDERED:**   Defendant Michelle Medina's Sentencing Memorandum and Motion for a Variant Sentence [25] is DENIED.

**ORDERED:**   Government's Motion for Decrease in Offense Level for Acceptance of Responsibility [27] is GRANTED.

**ORDERED:**   Restitution shall be paid to the victims in the amounts indicated in the Judgment.  Interest on restitution will be waived.

Defendant advised of right to appeal.

Court recommends that the Bureau of Prisons place the defendant at a facility near the State of Colorado.

**ORDERED:**   Defendant is directed to surrender to the institution designated by the Bureau of Prisons before noon within 15 days of the date of designation.

**ORDERED:**   Bond is continued.

The Government will file notification regarding restitution, as discussed, by next week.

**11:00 a.m.**     Court in recess.

Hearing concluded.
Total in-court time:    00:58