IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00432-PAB

UNITED STATES OF AMERICA,

    Plaintiff,
v.

MICHELLE MEDINA

    Defendant.

---

DEFENDANT MICHELLE MEDINA'S MOTION TO VACATE ORIGINAL
SURRENDER DATE AND ORDER A NEW SURRENDER DATE
BASED ON CHANGE IN DESIGNATION BY BOP

---

    Defendant Michelle Medina, through undersigned counsel, Amanda B. Cruser, requests that the Court vacate the original order to surrender and issue a new Court Order permitting her to surrender herself by reporting to the Warden, FCC Victorville Med II Satellite Prison Camp, Victorville, CA, on Monday, July 16, 2018 by 12:00 noon, traveling at her own expense. As grounds therefore, Defendant states as follows:

    1.    On June 27, 2018, the Court Ordered Defendant to surrender herself by reporting to the Warden, Federal Correctional Institution Satellite Camp, in Phoenix, Arizona on July 12, 2018, by 12:00 noon.

    2.    Unbeknownst to the Defendant, the Court and U.S. Probation, the Bureau of Prisons re-designated the Defendant to the FCC Victorville Med II Satellite Prison Camp on July 6, 2018.

    3.    On July 12, 2018 at approximately 10:30 a.m., the Defendant surrendered herself in Phoenix at the location stated in the Court Order. When she arrived, she was told by prison

1

officials that she was in the wrong location and was ordered to leave the premises.

4. Undersigned counsel has spent the morning contacting Bureau of Prisons, U.S. Probation, the U.S. Marshall's Service and the United States Department of Justice Tax Division in an effort to resolve this matter.

5. Attempts to convince the Bureau of Prisons to accept her at the Phoenix location have not been successful based on conversations with staff at U.S. Probation.

6. The Defendant must make arrangements to travel to Victorville, CA and is looking into availability to travel by bus or by air.

7. An extension of the surrender date to Monday, July 16th at noon should give her the ability to travel to Victorville, CA from Phoenix, AZ.

8. Undersigned counsel has discussed a self surrender with Andrea Bell and Justine Kosak, U.S. Probation Supervisors and they are not opposed, but indicated that the Defendant would need Court approval.

Based on the foregoing, undersigned counsel respectfully requests the Court to vacate the original order and order that the Defendant surrender herself by reporting to the Warden, FCC Victorville Med II Satellite Prison Camp, in Victorville, CA, Monday, July 16, 2018, by 12:00 noon, and will travel at her own expense.

Respectfully submitted July 12, 2018.

s/Amanda B. Cruser_____
*Amanda B. Cruser*
Boog & Cruser, P.C.
3333 S. Wadsworth Blvd., D-201
Lakewood, CO 80227
Phone: (303) 986-5769
Fax: (303) 985-3297
abcruser@vfblaw.com
Attorney for Defendant Medina

2

CERTIFICATE OF SERVICE

      I hereby certify that on July 22, 2018, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following email addresses:

Kathleen M. Barry, USDOJ, Tax Division
Kathleen.M.Barry@usdoj.gov


                                             s/Amanda B. Cruser_____
                                             *Amanda B. Cruser*
                                             Boog & Cruser, P.C.
                                             3333 S. Wadsworth Blvd., D-201
                                             Lakewood, CO 80227
                                             Phone:  (303) 986-5769
                                             Fax:  (303) 985-3297
                                             abcruser@vfblaw.com
                                             Attorney for Defendant Medina