IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 17-cr-00432-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHELLE MEDINA,

    Defendant.
_____

## ORDER
_____

    This matter comes before the Court on Defendant Michelle Medina's Motion to Vacate Original Surrender Date and Order a New Surrender Date Based on Change in Designation by BOP [Docket No. 34], wherein defendant seeks an extension of her July 12, 2018 surrender date due to the Bureau of Prisons having redesignated her from the Federal Correctional Institution Satellite Camp, Phoenix, Arizona to the FCC Victorville Med II Satellite Prison Camp, Victorville, California, on July 6, 2018 without having notified her in advance. Defendant is now in Phoenix, having attempted to comply with the Court's order of June 27, 2018. Good cause appearing, it is

    **ORDERED** that Defendant Michelle Medina's Motion to Vacate Original Surrender Date and Order a New Surrender Date Based on Change in Designation by BOP [Docket No. 34] is granted. It is further

    **ORDERED** that the Court's order of June 27, 2018 [Docket No. 33] is vacated. It is further

**ORDERED** that defendant Michelle Medina, having been sentenced in this case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the Warden, FCC Victorville Med II Satellite Prison Camp, Victorville, California, on Monday, July 16, 2018, by 12:00 noon, and will travel at her own expense.

DATED July 12, 2018.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge