MICHELLE MEDINA
3160 23rd STREET
BOULDER, CO 80304
720-727-4855

DEFENDANT IN PRO PER

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**OCT 14 2021**

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

| | |
|---|---|
| UNITES STATES OF AMERICA, | ) Case No. 1:17-CR-00432-PAB |
| Plaintiff, | ) <u>MOTION FOR EARLY TERMINATION OF</u> <u>SUPERVISED RELEASE OR</u> |
| vs. | ) <u>MODIFICATION OF SUPERVISED</u> <u>RELEASE PURSUANT TO 18 USC</u> |
| MICHELLE MEDINA, | ) <u>3583(e)</u> |
| Defendant | ) |

<u>CAUSE OF ACTION</u>

COMES NOW, Defendant, Michelle Medina, In Pro Per, and moves this Honorable Court to terminate her term of Supervised Release, or should the Court elect not to terminate Supervised Release, modify the Defendant's conditions of Supervised Release so that Defendant may travel outside of the State of Colorado United State for the purposes of employment.

## JURISDICTION AND VENUE

Jurisdiction and Venue is conferred on this Honorable Court pursuant to 18 U.S.C. § 3583(e)(1), as it is Defendant's original sentencing Court and is empowered by Congress to modify the conditions of Defendant's Supervised Release.

18 U.S.C. § 3583(e), permits the Court to terminate supervised release in the Interests of Justice at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is 1) warranted by the conduct of an offender and 2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

## BACKGROUND

On December 12 2017, Defendant pleaded guilty to one Count of Evasion of Assessment of Tax in violation of 26 U.S.C. § 7201. On June 14, 2018, Defendant was sentenced by the Honorable Phillip Brimmer, Chief U.S. District Judge, to a term of (24) Twenty Four months of Federal Custody followed by 36 months of Supervised Release. Defendant was released from Custody on March 27, 2020 with time off for good behavior, and the

Defendant's Supervised Release is scheduled to expire on March 27, 2023.

While incarcerated Defendant successfully completed a Paralegal Program and obtained a Paralegal Certificate from Blackstone College, as well as completing approximately 30 BOP Educational Programs along with the BOP NON Residential Drug Abuse Program. Upon release the Defendant has been cooperative with the United States Probation Office and has fully complied with all of the conditions of her release as well as Court ordered financial obligations.

CRITERIA FOR EARLY TERMINATION

The appropriateness of early termination should be based on the offender's overall progress in meeting supervision objectives and should include an evaluation of all the circumstances in the individual case.

In general, the Defendant meets the established criteria for recommending early termination as she has:

1) Maintained Stable community re-integration (e.g., residence, family, employment);

2) Made progressive strides toward supervision objectives, and compliance with all conditions of supervision;

3) No history of violence (e.g., sexually assaultive, predatory behavior, or domestic violence);

5) No recent arrests or convictions (including unresolved pending charges) or ongoing uninterrupted patterns of criminal conduct;

6) No recent evidence of drug or alcohol abuse;

7) No recent psychiatric episodes;

8) No identifiable risk to the safety of any identifiable victim;

9) No identifiable risk to public safety based on the Risk prediction Index (RPI).

10) Been volunteering in the community at Harvest of Hope of Volunteering at the Harvest of Hope Food Pantry in Boulder, Colorado

Should this Court choose not to terminate Defendant's Supervised Release, Defendant asks that this Court modify the travel conditions of Defendant's Supervised Release and allow her to travel outside the District of Colorado for the following reasons.

The Defendant is currently 55 years old and has been a Licensed Registered Nurse for 30 years. Due to the Covid 19 Pandemic there is a shortage of Nurses and Health Care Professionals throughout the United States and heavy demand for Nurses in areas of high infection rates.

Defendant has been offered employment as a "Travelling Nurse" outside of Colorado and wishes to use apply her skills and experience to help others where she is needed.

MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE OR MODIFICATION OF SUPERVISED RELEASE PURSUANT TO 18 USC 3583(e) - 4

## US PROBATION OFFICER POSITION

The Defendant has discussed her Motion for Early Termination of Supervised Release with her U.S. Probation Officer Assistant Melissa Batalla, and she has indicated that she's not opposed to the Defendant being granted Early Termination of the Final 18 months of the Defendant's Supervision.

## PRAYER FOR RELIEF

Based on the above assertions, Defendant prays that this Honorable Court grants her the relief that she seeks.

I, Michelle Medina, declare under penalty of perjury Under the laws of the United States of America that the foregoing is true and correct, executed this 10th day of October 2021, at Boulder Colorado.

Date: __10·10·2021__          _Michelle Medina_

                                        Michelle Medina
                                        Defendant in Pro Per

CERTIFICATE OF SERVICE BY MAIL

I Michelle Medina, certify that on October 10, 2021, I Caused to be delivered by first-class United States Mail, postage prepaid, copies of the foregoing motion to:

Office of the United States Attorney
District of Colorado
1801 California Street
Denver, CO 80202

Date: 10-10-21

Michelle Medina
Defendant In Pro Per

Michell Medina
3160 23rd St
Boulder CO 80304



Clerk's Office
Alfred A. Arraj
United States Court house
Room A105
901 19th St
Denver, CO, 80294-3589
Att. Chief Judge Phillip A. Brimmer

USPS TRACKING #

9500 1105 7830 1285 6067 97

SHIP
TO:
901 19TH ST
Denver CO 80294-2500

C044

FIRST-CLASS PKG SVC - RTL ™

US POSTAGE PAID
$5.10
Origin: 80302
10/12/21
0708860134-28

0 Lb 7.20 Oz
1024

Retail

UNITED STATES
POSTAL SERVICE.

F