IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 17-cr-00432-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHELLE MEDINA,

    Defendant.

---

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

---

The United States of America, by and through the undersigned Assistant United States Attorney, does not oppose the defendant's request for early termination of probation for the reasons that follow:

On June 14, 2018, the defendant was sentenced to 24 months imprisonment to be followed by three years of supervised release [Dkt #31]. The defendant's three-year term of supervised release began on March 27, 2020 and is set to expire on March 6, 2023.

On or about October 14, 2021, the defendant moved for early termination of her term of supervised release.  [Dkt #36].

The Government has communicated with the Probation Department regarding the defendant's request and understands that the Probation Department does not oppose the request.  The Probation Department noted that the defendant has been fully

compliant with the terms of her supervision and was transferred to Low-Risk

Supervision on July 10, 2020. The Probation Office further noted defendant's

supervision strengths include stable family support, stable employment, stable housing,

and great communication with Probation Officers.  The Probation Department is

considering ways in which the Probation Department can assist the defendant meet her

obligations to the IRS.

The Government joins in the Probation Department's recommendation and does

not oppose the defendant's request.

Respectfully submitted this 22nd day of October, 2021.


MATTHEW T. KIRSCH
Acting United States Attorney


By:    *s/ Andrea Surratt*
Andrea Surratt
Assistant United States Attorney
U.S. Attorney's Office
1801 California St., Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
e-mail:  Andrea.Surratt@usdoj.gov
Attorney for the Government


CC:    Michelle Medina
3160 23rd Street
Boulder, CO 80304


2