# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-CR-00432-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MICHELLE MEDINA

       Defendant.

---

## ORDER REGARDING EARLY TERMINATION OF SUPERVISED RELEASE

---

      THIS MATTER is before the Court upon request by the defendant for the Court to consider early termination of supervised release [Document 36].

      HAVING considered the probation officer's report and the government's response, the Court

\_\_\_\_   ORDERS the defendant's term of supervised release be terminated immediately.

\_\_\_\_   DENIES early termination of the defendant's supervised release.

      DATED at Denver, Colorado, this \_\_\_\_\_ day of October 2021.

                               BY THE COURT:

                               _____
                               Philip A. Brimmer
                               Chief United States District Judge