IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 17-cr-00432-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHELLE MEDINA,

    Defendant.

## **ORDER**

    This matter comes before the Court on defendant Michelle Medina's Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3583(e)(1) [Docket No. 36]. Neither the United States nor the Probation Department oppose defendant's motion. Docket No. 39 at 2; Docket No. 40 at 2.

    On June 14, 2018, the defendant was sentenced to 24 months imprisonment for Evasion of Assessment of Federal Personal Income Taxes, in violation of 26 U.S.C. § 7201, and three years supervised release. Docket No. 40 at 1.

    The defendant has been on supervision for more than one year, which makes her statutorily eligible for early termination pursuant to 18 U.S.C. § 3583(e)(1).

    The defendant has maintained a stable residence, has complied with conditions of supervision, and has paid her special assessment fee in full. *Id*. at 1.

The Court finds that, pursuant to 18 U.S.C. § 3583(e)(1), early termination of supervised release is warranted by the conduct of the defendant and is in the interest of justice.  Wherefore, it is

**ORDERED** that defendant's Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3583(e)(1) [Docket No. 36] is granted.  It is further

**ORDERED** that Defendant Michelle Medina's term of supervised release is terminated and the proceedings in this case are closed.

DATED November 3, 2021.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge